The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 21, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: October 21, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | CASE NO. 17-14862 |
| Debtor: Derek D. Oates | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **ORDER GRANTING DEBTOR'S** |
| | ) | **MOTION TO INCUR DEBT TO** |
| | ) | **PURCHASE A VEHICLE** |
| | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This cause came on to be considered this day upon the Debtor's Motion to Incur Debt to Purchase a Vehicle.

The Court finds that the Debtor has alleged that good cause exists for granting the Motion; the Trustee, and all other necessary parties were served with the Motion and Notice of the hearing date. The Trustee did not file an objection or the objection has otherwise been resolved, and no other party in interest filed an objection. It appears appropriate to grant the permission requested.

**IT IS SO ORDERED.** Debtor is permitted to purchase the 2017 Nissan Rogue for $21,671.09 at monthly payments of $575.98 for 66 months or a similar vehicle with similar financing. ###

Respectfully Submitted,

/s/Alexander Sarady
Alexander Sarady (0075500)
Rauser & Associates
Attorney for Debtor
614 W. Superior Avenue #950
Cleveland, Ohio 44113
(216) 263-6200

## CERTIFICATE OF SERVICE

Alexander Sarady, on behalf of Debtor, at asarady@ohiolegalclinic.com

Lauren Helbling, on behalf of the Trustee, at ch13trustee@ch13cleve.com

Mr. Derek Oates, Debtor, at 4169 E 95th ST., Cleveland, Ohio 44105

Montrose Westside Auto Campus, Dealer, at Attn: Mackenzie Ulrich, 9600 BrookPark Rd., Cleveland, Ohio 44129